WILLIAM FISCHBERG, Respondent, v. DAVID COHEN, Defendant, Impleaded with NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FLORENCE M. POLSEY, Appellant, v. WALDORF-ASTORIA, INC., Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Finch, J., dissents.

LOUIS SEILER and Another, Copartners, etc., Appellants, v. NEW YORK INDEMNITY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IRENE DAVISON, Respondent, v. PENNSYLVANIA SMITHING COAL CO., INC., and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JUDSON C. FISHER, as Administrator, etc., of WALTER L. WILLIAMS, Deceased, Respondent, v. EDWARD MOIR, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted on condition that appellant give a surety company bond to pay any judgment in full that may be recovered by the plaintiff herein, and pay a full bill of costs to date of motion, and ten dollars costs of motion. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALEX GUBERNICK, Appellant, v. JOSEPH FRIEDMAN, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WALTER McKINLEY WOODWARD, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DANIEL RAPUZZI, Respondent, v. JOHN B. O'REILLY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DANIEL RAPUZZI, Respondent, v. M. P. SMITH & SONS CO., INC., and Others, Defendants, and JOHN B. O'REILLY, Appellant; and DANIEL RAPUZZI, Respondent, v. ELLERMAN & BUCKNALL S/S. CO., LTD., Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ESTHER ROSENBLUM, an Infant, by LOUIS ROSENBLUM, Her Guardian ad Litem, Respondent, v. MELVILLE A. STERN and Another, as Executors and Trustees, etc., of LOUIS STERN, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.